UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMAR ALLI,<br><br>                              Plaintiff,<br><br>             -against-<br><br>ESU CAPTAIN LUE, SHIELD #880; ESU NEVESU; ESU OFFICER JOHN DOE OF AUGUST 22 USE OF FORCE; DOCTOR JOHN DOE OF AUGUST 22 USE OF FORCE; CITY OF NEW YORK,<br><br>                              Defendants. | 23-CV-5284 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff, who is currently incarcerated at Attica Correctional Facility, brings this action *pro se*. On June 20, 2023, the court received a single copy of the complaint, but it was docketed twice and opened as two new civil actions under docket numbers 23-CV-5263 (LTS) and 23-CV-5284 (LTS). The Court has reviewed the submissions in both actions and concludes that because they are identical, this action (No. 23-CV-5284 (LTS)) was opened in error. The Court therefore dismisses this action without prejudice to Plaintiff's claims pending under docket number 23-CV-5263 (LTS). All future filings should be made in the case pending under docket number 23-CV-5263 (LTS).

Because this action was opened in error, the Court directs the Clerk of Court not to charge Plaintiff the $350.00 filing fee for this action, and the Warden or Superintendent having custody of Plaintiff shall not deduct or encumber funds from Plaintiff's prison trust account for this lawsuit.

### CONCLUSOIN

The Court dismisses this action as duplicative without prejudice to Plaintiff's claims pending under docket number 23-CV-5263 (LTS).

The Court directs the Clerk of Court not to charge Plaintiff the $350.00 filing fee for this action.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court further directs the Clerk of Court to enter judgment in this action.

SO ORDERED.

Dated: June 23, 2023
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge