UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UMAR ALLI,

                    Plaintiff,

          -against-

ESU CAPTAIN LUE, SHIELD #880; ESU
NEVESU; ESU OFFICER JOHN DOE OF
AUGUST 22 USE OF FORCE; DOCTOR
JOHN DOE OF AUGUST 22 USE OF
FORCE; CITY OF NEW YORK,

                    Defendants.

---

23-CV-5284 (LTS)

CIVIL JUDGMENT

For the reasons stated in the June 23, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

  Dated:    June 23, 2023
            New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                     Chief United States District Judge